```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York Legal Assistance Group,

                Plaintiff,

-against-

United States Department of Education,

                Defendant.

1:23-cv-01427 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, it is hereby Ordered that the parties shall file a joint letter on May 18, 2023 setting forth the status of this action, including the productions made to date and a proposed plan for productions going forward.

SO ORDERED.

Dated:    New York, New York
            April 18, 2023

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge