

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 21, 2023

By ECF
Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

  Re: *New York Legal Assistance Group v. United States Department of Education*, 23-CV-1427

Dear Judge Aaron,

  This Office represents the United States Department of Education ("ED") in this action brought by plaintiff New York Legal Assistance Group ("Plaintiff") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. We write respectfully on behalf of both parties, in response to the Court's order dated May 18, 2023, Dkt. No. 16, to provide an update on the status.

- ED made a second production on June 12, 2023, consisting of 417 pages of records responsive to Plaintiff's FOIA request.

- ED continues to search for and review additional records potentially responsive to Plaintiff's FOIA request, and also is continuing to determine how to pull from its databases certain demographic data requested by Plaintiff. Based on that collection and review process, ED intends to make an additional production of responsive, non-exempt material by July 12, 2023.

  Accordingly, the parties jointly propose that (i) ED will make its next production by July 12, 2023, and (ii) the parties will file their next joint status report by July 21, 2023.

  Thank you for your consideration of this matter.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:  */s/ Jeremy M. Liss*
    SAMUEL DOLINGER
    JEREMY M. LISS
    Assistant United States Attorneys
    Southern District of New York
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    (212) 637-2677/2795
    Samuel.Dolinger@usdoj.gov
    Jeremy.Liss@usdoj.gov

cc:  Shanna Marie Tallarico, Esq.
    Jessica Grace Ranucci, Esq.