USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK LEGAL ASSISTANCE GROUP,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION,

Defendant.

23 Civ. 1427 (SDA)

**STIPULATION AND PROPOSED ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, on May 19, 2022, Plaintiff New York Legal Assistance Group made requests pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (the "Requests"), to Defendant United States Department of Education; and

WHEREAS, on February 21, 2023, Plaintiff brought this action against Defendant alleging that Defendant had improperly withheld records responsive to the Requests;

WHEREAS, following commencement of the suit, Defendant conducted searches and processed the records located for responsiveness and exemptions; and

WHEREAS, the parties had further discussions about Defendant's searches and redactions, after which Defendant produced additional documents and disclosed certain additional information; and

WHEREAS, Plaintiff does not seek to challenge any of the remaining withholdings in the redacted records and Plaintiff does not seek to challenge Defendant's position that its responses in litigation satisfy its obligations under FOIA regarding the Requests; and

WHEREAS, the only outstanding issue in this case is accordingly Plaintiff's claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. Pursuant to 5 U.S.C. § 552(a)(4)(E), as soon as reasonably practicable after the Court has endorsed and docketed this Stipulation and Order, Defendant shall pay to Plaintiff the sum of twenty-four thousand five hundred and twenty-nine dollars ($24,529) for attorneys' fees and litigation costs ("Settlement Amount"). This payment shall constitute full and final satisfaction of any claims by Plaintiff for attorneys' fees and litigation costs in this matter, and is inclusive of any interest. Payment shall be made by electronic funds transfer, and counsel for Plaintiff will provide the necessary information to counsel for the Defendant to effectuate the transfer.

2. Effective upon payment of the Settlement Amount set forth in Paragraph 1, Plaintiff releases and discharges Defendant and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiff asserted, or could have asserted, in this litigation arising out of Plaintiff's Requests.

3. This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order, including any application for relief by NYLAG due to any alleged failure by Defendant to make the payment specified in Paragraph 1 within a reasonable timeframe.

4. Nothing in this Stipulation and Order shall constitute an admission that Defendant is liable for any attorneys' fees or litigation costs, or that Plaintiff "substantially prevailed" in this action under 5 U.S.C. § 552(a)(4)(E), or is entitled to or eligible for any attorneys' fees or litigation costs. Nor is it an admission that the amount here agreed upon covers all of the time that could, in Plaintiff's view, be compensable as attorneys' fees and litigation costs in this action. Rather, this Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiff's claims for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiff under FOIA.

5. This Stipulation and Order contains the entire agreement between the parties with respect to this action, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel with respect to this action that is not included herein shall have any force or effect.

6. This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Date: New York, New York
August 15, 2024

Danielle Feldman Tarantolo
Jessica Grace Ranucci
NEW YORK LEGAL ASSISTANCE GROUP
100 Pearl Street, 19th Floor
New York, New York 10004
Telephone: (212) 613-5000
dtarantolo@nylag.org
jranucci@nylag.org
*Attorneys for Plaintiff*

Date: New York, New York
August 15, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: JEREMY M. LISS

/s/ Jeremy M. Liss

Assistant U.S. Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2795
Email: jeremy.liss@usdoj.gov
*Attorney for Defendant*

SO ORDERED:

HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

Dated: August 16, 2024